# UNITED STATES DISTRICT COURT

for

# EASTERN DISTRICT OF NORTH CAROLINA
# SOUTHERN DIVISION

U.S.A. vs. Jean C. Davis                                    Docket No. 7:12-CR-53-1

## Petition for Action on Supervised Release

COMES NOW John A. Cooper, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Jean C. Davis, who, upon an earlier plea of guilty to 21 U.S.C. § 846, Conspiracy to Distribute and Possess With Intent to Distribute Heroin, was sentenced by the Honorable Edwin M. Kosik, U.S. District Judge, Middle District of Pennsylvania, on May 4, 2010, to a 14 month term of imprisonment, followed by a 36 month term of supervised release under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

2. The defendant shall cooperate in the collection of DNA as directed by the probation officer.

On May 9, 2011, Davis was released from the term of imprisonment, and on August 19, 2011, Davis' supervision was transferred to the Eastern District of North Carolina. On September 10, 2011, Davis was charged with Driving While Impaired in Columbus County, NC. This violation was reported to the sentencing district with the recommendation that supervision be continued but modified to require Davis to serve 60 days on home confinement with electronic monitoring. Transfer of jurisdiction to the Eastern District of North Carolina was initiated and same completed on May 4, 2012.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Since Davis has been supervised in our district, we have required her to participate in outpatient substance abuse therapy and urine testing. The sentencing court did not impose the specific drug aftercare condition required for our office to pay for these services. As such, we are requesting the conditions of supervision be modified to impose the standard drug aftercare condition. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

Jean C. Davis
Docket No. 7:12-CR-53-1
Petition For Action
Page 2

 **PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

    Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Kevin L. Connolley<br>Kevin L. Connolley<br>Supervising U.S. Probation Officer | /s/ John A. Cooper<br>John A. Cooper<br>U.S. Probation Officer<br>Phone: 910-815-4857<br>Executed On: July 10, 2012 |

### ORDER OF COURT

Considered and ordered this 10th day of July, 2012, and ordered filed and made a part of the records in the above case.

James C. Fox
Senior U.S. District Judge